**No. 11-595. Life Partners, Inc., et al., Petitioners v. United States.**

565 U.S. 1158, 132 S. Ct. 1104, 181 L. Ed. 2d 980, 2012 U.S. LEXIS 711.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 650 F.3d 1026.

**No. 11-618. City of Newkirk, Oklahoma, et al., Petitioners v. Kay Electric Cooperative, et al.**

565 U.S. 1158, 132 S. Ct. 1107, 181 L. Ed. 2d 980, 2012 U.S. LEXIS 849.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 647 F.3d 1039.

**No. 11-620. Forsyth Memorial Hospital, Inc., et al., Petitioners v. Kathleen Sebelius, Secretary of Health and Human Services.**

565 U.S. 1158, 132 S. Ct. 1107, 181 L. Ed. 2d 980, 2012 U.S. LEXIS 899.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 395 U.S. App. D.C. 41, 639 F.3d 534.

**No. 11-624. Attila Hegyi, Petitioner v. Washington State Department of Transportation.**

565 U.S. 1158, 132 S. Ct. 1107, 181 L. Ed. 2d 980, 2012 U.S. LEXIS 728.

January 17, 2012. Petition for writ of certiorari to the Supreme Court of Washington denied.

**No. 11-631. Vernice Wessman, et al., Petitioners v. City of Mankato, Minnesota.**

565 U.S. 1158, 132 S. Ct. 1107, 181 L. Ed. 2d 980, 2012 U.S. LEXIS 713.

January 17, 2012. Petition for writ of certiorari to the Court of Appeals of Minnesota denied.

**No. 11-633. Sharon Ann Anderson, Petitioner v. JPMorgan Chase and Company, et al.**

565 U.S. 1158, 132 S. Ct. 1108, 181 L. Ed. 2d 980, 2012 U.S. LEXIS 798.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 418 Fed. Appx. 881.